JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOUSAND OAKS SURGICAL INSTITUTE, a California Medical Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut Corporation,<br><br>        Defendant. | CASE NO. 09-CV-2066 JFW (CTx)<br><br>**ORDER GRANTING STIPULATION AND REQUEST FOR DISMISSAL AND DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation and Request for Dismissal of Action with Prejudice, it is HEREBY ORDERED that this action is dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 21, 2009

_____
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**

769320.1